No. 24-2119

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 15, 2025
KELLY L. STEPHENS, Clerk

In re: PHILLIP G. BAZZO, fka Phillip G. Bozzo,

    Appellant,

O R D E R

This matter is before the court upon initial review of the notice of appeal. The notice of appeal filed on December 26, 2024, fails to contain the handwritten signature of pro se appellant, Phillip G. Bazzo, as required by Federal Rule of Civil Procedure 11(a). However, the omission of Bazzo's signature on the notice may be corrected. *See Becker v. Montgomery*, 532 U.S. 757, 767 (2001).

It is ordered that Bazzo has 21 days from the date of this order to comply with Rule 11(a) by signing the enclosed copy of the notice of appeal filed on December 26, 2024, and returning it to this court. Failure to comply with this order may result in dismissal of the appeal.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In Re Phillip G. Bazzo (P25243),      2:24-mc-50725-SFC
   f/k/a Phillip G. Bozzo,             NOTICE OF APPEAL
   EDMi Local Rule 83.22(g)(2)
   Applicant-Appellant

_____

## NOTICE OF APPEAL TO THE SIXTH CIRCUIT COURT OF APPEALS FROM THE FINAL JUDGMENT OF THE EASTERN DISTRICT COURT OF MICHIGAN

     I, Phillip G. Bazzo, P 25243, formerly known as Phillip G. Bazzo, EDMi Local Rule 83.22(g)(2) Applicant and Appellant as to this Appeal, hereby files this NOTICE OF APPEAL to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered on **DECEMBER 3, 2024** by the Honorable Chief Judge Sean F. Cox.

Date: December 26, 2024          /s/ Phillip G. Bazzo,
                                            Formerly Known as Phillip G. Bozzo,
                                            P 25243
                                            EDMi LR 83.22(g)(2)Applicant-Appellant
                                            867 Moran Avenue
                                            Lincoln Park, MI 48146
                                            248-321-8600
                                            PhillipBazzo@Comcast.Net
                                            PhillipGBazzoEsq@Comcast.Net

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 01/15/2025.

**Case Name:**   In re: Phillip Bazzo
**Case Number:**   24-2119

**Docket Text:**
SHOW CAUSE order filed: It is ordered that Bazzo has 21 days from the date of this order to comply with Rule 11(a) by signing the enclosed copy of the notice of appeal filed on December 26, 2024, and returning it to this court. Failure to comply with this order may result in dismissal of the appeal.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Phillip G. Bazzo
867 Moran Avenue
Lincoln Park, MI 48146

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix